# IN THE SUPREME COURT OF THE STATE OF NEVADA

JEREMY EVAN SIGAL,
          Appellant,
        vs.
THE STATE OF NEVADA,
          Respondent.

No. 70312

**FILED**

JUL 1 1 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a purported decision denying a motion to modify sentence. Eighth Judicial District Court, Clark County; William D. Kephart, Judge.

No decision, oral or written, had been made on the motion when appellant filed his appeals on April 29, 2016, and May 16, 2016. Because appellant failed to designate an appealable order, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____ Cherry _____, J.
Cherry

_____ Douglas _____, J.
Douglas

_____ Gibbons _____, J.
Gibbons

cc:    Hon. William D. Kephart, District Judge
      Jeremy Evan Sigal
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk

16-21359